Leah S. Freed, SBN 021332
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:  (602) 778-3700
Fax:  (602) 778-3750
Leah.freed@ogletreedeakins.com

Attorneys for Defendant Chapman Chevrolet, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Joan Link,<br><br>              Plaintiff,<br><br>vs.<br><br>Chapman Automotive Group, L.L.C., an Arizona limited liability company;<br>Chapman Chevrolet, L.L.C., an Arizona limited liability company,<br><br>              Defendants. | No. CV10-01362-PHX-RCJ<br><br>**NOTICE OF SETTLEMENT** |

   Defendant Chapman Chevrolet, L.L.C., through undersigned counsel, hereby submits this notice to inform the Court that the parties have reached a settlement in this matter.  The parties anticipate filing an appropriate stipulation to dismiss this matter sometime in the next two weeks.

   RESPECTFULLY SUBMITTED this 6th day of May 2011.

                              OGLETREE, DEAKINS, NASH,
                              SMOAK & STEWART, P.C.

                              By: s/Leah S. Freed
                                 Leah S. Freed
                                 2415 East Camelback Road, Suite 800
                                 Phoenix, Arizona 85016
                                 Attorneys for Defendant

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrant:

David C. Larkin
David C. Larkin, P.C.
4645 South Lakeshore Drive, Suite 6
Tempe, Arizona 85282
Attorneys for Plaintiff

s/Debra A. Irwin

10242981.1 (OGLETREE)