# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Joan Link,<br><br>          Plaintiff,<br><br>vs.<br><br>Chapman Automotive Group, L.L.C., an Arizona limited liability company, Chapman Chevrolet, L.L.C., an Arizona limited liability company,<br><br>          Defendants. | No. CV10-01362-PHX-RCJ<br><br>**ORDER** |

This Court, having received the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED granting the Stipulation for Dismissal and dismissing this case with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: This 31st day of May, 2011.

_____
ROBERT C. JONES
United States Chief District Judge